### W. S. CHADWICK ET AL. v. JOHN H. LEWIS.

(Filed 25 September, 1912.)

APPEAL by plaintiff from *Whedbee, J.,* at June Term, 1912, of CARTERET.

Processioning proceeding. The following issue was submitted:

"What is the true dividing line between the lands of plaintiffs and defendant?" Answer: "B, C, K, and J, as shown on map."

The plaintiffs appealed.

*J. F. Duncan and Guion & Guion for plaintiffs.*

*Moore & Dunn, E. H. Gorham, and Abernethy & Davis for defendant.*

PER CURIAM. The issue involved is almost entirely one of fact. In submitting it to the jury we find no error in the rulings of the court.

No error.